# U.S. District Court for the Northern District Of Illinois
# Attorney Appearance Form

Case Title: High Frequency Trading Systems, LLC

Case Number: 1:18-cv-2997

An appearance is hereby filed by the undersigned as attorney for:
Headlands Tech Global Markets, LLC

Attorney name (type or print): Theresa M. Dawson

Firm: Fish & Richardson P.C.

Street address: 1717 Main Street, Suite 5000

City/State/Zip: Dallas, TX 75201

Bar ID Number: 6289332
(See item 3 in instructions)

Telephone Number: (214) 747-5070

Email Address: tdawson@fr.com

| Question | Yes | No |
|---|---|---|
| Are you acting as lead counsel in this case? | | ✓ |
| Are you acting as local counsel in this case? | | ✓ |
| Are you a member of the court's trial bar? | | ✓ |
| If this case reaches trial, will you act as the trial attorney? | | ✓ |

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you
☐ Federal Defender
☐ CJA Panel Attorney

_____

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 05/29/2018

Attorney signature: S/ Theresa M. Dawson
(Use electronic signature if the appearance form is filed electronically.)

Revised 8/1/2015